Leo COSKEY, Appellant, v. Walter G.
WISEMAN, Trustee In Bank-
ruptcy, Appellee.

No. 8849.

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1941.

Harold M. Shapero, of Detroit, Mich., for appellant.

Harry H. Platt and Oscar D. Berris, both of Detroit, Mich., for appellee.

188

PER CURIAM.

Upon consideration of a stipulation entered into between appellant and appellee in the above-entitled cause for the dismissal of the appeal and the vacating of the injunction and restraining order issued by the District Judge, it is ordered that the injunction and restraining order is hereby dissolved and that the appeal be, and it is hereby, dismissed.